UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Thomas v. C.R. Bard, Inc., et al.*
Case No. 2:22-cv-3857

## ORDER

This matter is before the Court on Plaintiff's unopposed Motion to Substitute Party. (ECF No. 6.) Rule 25 provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). "A motion for substitution may be made by any party or by the decedent's successor or representative." *Id.*

Following Plaintiff's death, Virginia Cowen was appointed as administrator of Plaintiff's estate. (ECF No. 6-1.) Plaintiff now moves for the substitution of Virginia Cowen, as Administrator of the Estate of Carol Lea Thomas, as the proper plaintiff. (ECF No. 6.) Plaintiff's unopposed Motion to Substitute is **GRANTED**. The Clerk is directed to substitute Virginia Cowen, as Administrator of the Estate of Carol Lea Thomas, as Plaintiff in place of Carol Lea Thomas.

**IT IS SO ORDERED.**

**4/9/2024**         s/Edmund A. Sargus, Jr.
**DATE**            EDMUND A. SARGUS, JR.
                 UNITED STATES DISTRICT JUDGE